IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AUGUSTIN PINEDA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:22-CV-243-Z-BR |
| | § | |
| DIRECTOR, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER

On February 23, 2023, the undersigned entered Findings, Conclusions, and a Recommendation ("FCR") to Dismiss this action for failure to subject the required data sheet in support of his Application to Proceed *in Forma Pauperis*. (ECF 8). However, on March 3, 2023, Plaintiff submitted payment of the full $5.00 filing fee in this matter to the Clerk. Accordingly, the FCR is WITHDRAWN.

IT IS SO ORDERED.

ENTERED April 4, 2023.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE